WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
Alexander Hamilton U.S. Custom House
One Bowling Green, Rm. 534
New York, NY 10004
Tel. (212) 510-0539
By: Greg M. Zipes, Trial Attorney


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **ZIGI USA, LLC** | : | **Case No. 23-12102 (DSJ)** |
| **Debtor.** | : | |

-------------------------------------------------------------x

### NOTICE OF APPOINTMENT OF OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a)

of title 11, United States Code, hereby appoints the following unsecured creditors that are willing

to serve on the Official Committee of Unsecured Creditors of ZIGI USA, LLC:

1.  Fujian Mosbon Trade Co., LTD
    3F, No. 888 Meiyuan West Road, Chengxiang District
    Putian City, Fujian Province, China
    Telephone: +8613850220095
    E-mail: claire.lee@vip.163.com

2.  Wenling New East Trading Co., LTD
    RM 1502, Haocheng Service Building
    No. 838 Wanchang Middle Road
    Chengdong Town, Wenling, Zhejiang, China
    Telephone: +13586104166
    E-mail: eleven@wlneweast.com
    avazhang8811@gmail.com

3.      Wenzhou Delang Imp. & Exp. Trade Co., LTD
        No. 1168, Daohang Rd, Fazhan Area
        Ruian City, Zhejiang Province, China
        Telephone: +8613567746991
        E-mail: tony@wzdelang.com

Dated:  New York, New York
        February 9, 2024                    Sincerely,

                                            WILLIAM K. HARRINGTON
                                            UNITED STATES TRUSTEE

                                      By:   /s/ Greg M. Zipes_____
                                            Greg M. Zipes
                                            Trial Attorney