UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re                Case No. 23-12102

  ZIGI USA LLC           Chapter 11

        Debtor.

------------------------------------------------------------X

## NOTICE OF CONFERENCE SCHEDULED FOR JUNE 13, 2025, AT 10:00 A.M. ET

| | |
|---|---|
| Time and Date of Hearing: | June 13, 2025, at 10:00 a.m. ET |
| Location of Hearing: | The hearing will be conducted via Zoom for Government (registration available here: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl). The deadline for participants to register is June 12, 2024, at 4:00 p.m. ET.  The hearing may be adjourned by announcement made in open court without further written notice. |
| Matters to Be Heard: | Plan of reorganization process going forward and certain matters regarding one of the Debtor's leases |

Dated: New York, NY
    June 11, 2025

                    **JACOBS P.C.**
                    *Attorneys for Debtor Zigi USA, LLC*

                    By: */s/ Leo Jacobs*
                    Leo Jacobs, Esq.
                    717 Fifth Avenue, Floor 17
                    New York, New York 10022
                    (212) 229-0476
                    leo@jacobspc.com