| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: August 14, 2025<br>Hearing Time: 10:00 a.m. |

---------------------------------------------------------x

Case No. 23-12102 (DSJ)

In re

Zigi USA, LLC,

Chapter 11

                              Debtor.

---------------------------------------------------------x

      PLEASE TAKE NOTICE that a hearing on the United States Trustee's Motion to Convert Chapter 11 Case to Chapter 7, or alternatively, Motion to Dismiss Case (ECF 151), will be held on August 14, 2025 at 10:00 a.m., before the Honorable David S. Jones, Bankruptcy Judge, in the United States Bankruptcy Court, One Bowling Green, New York, New York, Courtroom 701.

      PLEASE TAKE FURTHER NOTICE, that the hearing will be held via Zoom for Government. Participants are required to register their appearance by 4:00 p.m. one business day before the Hearing by utilizing the Electronic Appearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated:  New York, New York
         July 23, 2025

                                                    WILLIAM K. HARRINGTON
                                                    UNITED STATES TRUSTEE, Region 2

                           By:    */s/ Greg M. Zipes*
                                    Greg M. Zipes
                                    Trial Attorney
                                    Alexander Hamilton Custom House
                                    One Bowling Green, Room 534
                                    New York, NY 10014