# EXHIBIT B

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

ZIGI USA, LLC,

Debtor

-------------------------------------------------------------x

Chapter 11

Case No. 23–12102 (DSJ)

**[PROPOSED] ORDER GRANTING GUC TRUSTEE'S FIRST OMNIBUS
OBJECTION TO CERTAIN: (I) NO LIABILITY/PARTIAL LIABILITY
CLAIMS; (II) DUPLICATE CLAIMS; AND (III) PRIORITY CLAIMS**

Upon consideration of the *GUC Trustee's First Omnibus Objection to Certain: (i) No Liability/Partial Liability Claims; (ii) Duplicate Claims; and (iii) Priority Claims* [ECF No. ●] (the "Objection")[1] filed by Yi Zhu, in his capacity as the GUC Trustee (the "GUC Trustee") of the Zigi GUC Trust (the "GUC Trust") and the accompanying *Declaration of Yi Zhu in Support of the GUC Trustee's First Omnibus Objection to Certain: (i) Duplicate Claims; (ii) Satisfied Claims; and (iii) No Liability Claims* (the "Zhu Declaration"), annexed to the Objection as Exhibit A; and the Court having jurisdiction over this core proceeding under 28 U.S.C. §§ 157 and 1334; and venue of this matter being proper under 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection, the Claims listed on Schedules 1 and 2 hereto, any responses to the Objection, and any replies to those responses; and due notice of the Objection having been provided; and it appearing that no other or further notice of the Objection need be provided; and the Court having found and determined that the relief sought in the Objection and granted herein is in the best interests of the GUC Trust, creditors and all parties in interest to the estate, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

**ORDERED** that each of the Duplicate Claims listed on **Schedule 1** hereto is hereby overruled and disallowed; and it is further

**ORDERED** that each of the Satisfied Tax Claims listed on **Schedule 2** hereto is hereby reduced or reclassified as provided on **Schedule 2**; and it is further

**ORDERED** that each of the No Liability Claims listed on **Schedule 3** hereto is hereby overruled and disallowed; and it is further

**ORDERED** that the Clerk is directed to make all revisions to the official claims register as are necessary to reflect the relief granted in this Order; and it is further

**ORDERED** that the Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York
   June \_\_\_, 2026

_____
UNITED STATES BANKRUPTCY JUDGE

231877701 v6

*Zigi USA, LLC*
Chapter 11 Case No. 23–12102 (DSJ)

**First Omnibus Objection to Claims**

**<u>Schedule 1– Duplicate Claims</u>**

| Claimant | Surviving Claim No. | Duplicate Claim to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| NYS Department of Labor<br>State Office Building Campus<br>Bldg 12, Room 256<br>Albany, NY 12240 | Claim No. 1 | Claim No. 3 | $ 124.00 | Claim No. 3 is duplicative of Claim No. 1. |

*Zigi USA, LLC*

Chapter 11 Case No. 23–12102 (DSJ)

**First Omnibus Objection to Claims**

**<u>Schedule 2 – Satisfied Claims</u>**

| Claimant | Claim No. | Filed Claim | | Objection | Modified Claim |
|---|---|---|---|---|---|
| FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 | Claim No. 9 | Priority Claimed: $ 825.13 <br> Unsecured Claimed: $ 981.00 <br><br> Total Claim: $ 1,806.13 | | The priority tax portion of the claim was paid by the Debtor in accordance with the Plan. | Total Claim: $981.00 <br><br> General Unsecured |
| NYS Department of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany New York 12205 | Claim No. 13 | Priority Claimed: $ 777.03 <br> Unsecured Claimed: $ 501.20 <br><br> Total Claim: $ 1,278.23 | | The priority tax portion of the claim was paid by the Debtor in accordance with the Plan. | Total Claim: $501.20 <br><br> General Unsecured |

*Zigi USA, LLC*

Chapter 11 Case No. 23–12102 (DSJ)

## First Omnibus Objection to Claims

## <u>Schedule 3 – No Liability Claims</u>

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| 1820 146th St LLC<br>1820 146th Street<br>Miami, FL 33181 | Schedule E/F | $108,168.09 | Scheduled Disputed Claim<br><br>The claim was scheduled as "disputed" and claimant failed to file a proof of claim by the General POC Bar Date. |
| A & Y Chemical Service 2 LLC<br>2414 SW 138th Ave.<br>Miami, FL 33175 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| AAA Rubbish INC<br>PO Box 2158<br>Bell Gardens, CA 90202 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| ACAR Leasing LTD<br>d/b/a GM Financial Leasing<br>P.O. Box 183853<br>Arlington, TX 76096 | Claim No. 2 | $14,688.42 | No Liability.<br><br>The Debtor is not liable for the claim per a review of the claimant's proof of claim and the Debtor's books and records. Additionally, the claimant failed to provide supporting documentation or an explanation as to the details of the claim. |

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| ADP, LLC<br>PO Box 645177<br>Cincinnati, OH 45264-5177 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| ADT Security Services<br>PO Box 650485<br>Dallas, TX 75265-0485 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| Advanstar Communications, Inc.<br>131 W. 1st St.<br>Duluth, MN 55802 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| Aerre Group SRL<br>Via G. Marconi & Grumo<br>Nevano (NA) 8002<br>Nevano Italy | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| Albergen SRL<br>VIA FORIA 106<br>CAP 80137, ITALY<br>Napoli | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| ALCON TRANSPORT INC PO BOX 652 Maywood, CA 90270 | Schedule E/F | Unknown | Scheduled Unliquidated Claim. <br><br> The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| ALEXA VITUG 1017 N GENESEE AVE APT 9 Los Angeles, CA 90046 | Schedule E/F | Unknown | Scheduled Unliquidated Claim. <br><br> The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| ALLEN EISMAN 390 HIGHLAND HILLS LANE Lewisville, TX 75077 | Schedule E/F | $0.00 | Scheduled Unliquidated Claim. <br><br> The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| ANDREW PETERSEN 2236 275TH COURT, SE Sammamish, WA 98075 | Schedule E/F | Unknown | Scheduled Unliquidated Claim. <br><br> The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| ART DEPARTMENT LA INC. 1050 W. ALAMEDA AVE. #136 Burbank, CA 91506 | Schedule E/F | $0.00 | Scheduled Unliquidated Claim. <br><br> The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| BASIC SRL<br>VIA NETTUNO, 1, SANT'<br>ANTIMO NA<br>ITALY<br>80029 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| BB BRAND HOLDINGS LLC<br>DORSEY & WHITNEY LLP<br>Samuel S. Kohn<br>Courina Yullsa<br>51 West 52nd Street<br>New York, NY 10019 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| BLUE X TRADE<br>104, Taiwan, Zhongshan District, Section 2,<br>Nanjing E Rd, 132 11F<br>Taipei City | Schedule E/F | $146,357.32 | No Liability.<br><br>The validity and/or amount of the claim is not reflected in or is irreconcilable with the Debtor's books and records. |
| BOGHOS (PAUL) KALAIDJIAN<br>7668 EL CAMINO REAL SUITE #140-332<br>Carlsbad, CA 92009 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

4

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| BRITA (XIAMEN) INTERNATIONAL LTD Room 1201, Building A, Mingfeng Fortune Center, No.553 QianPu East Road, Siming District, Xiamen City | Schedule E/F | $39,650,47 | No Liability. The validity and/or amount of the claim is not reflected in or is irreconcilable with the Debtor's books and records. |
| CALZATURIFICIO GRESIL SRL VIA ROMA 327 FRATTAMAGGIORE ITALY | Schedule E/F | $0.00 | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| CANERO FADUL IMMIGRATION 1101 BRICKELL AVENUE SOUTH TOWER, SUITE 700 Miami, FL 33131 | Schedule E/F | $0.00 | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| CARLOS GRANADOS 6970 NW 117ST APT. M103 Hialeah, FL 33015 | Schedule E/F | Unknown | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| CHABAD OF GOLDEN BEACH 19201 COLLINS AVE SUNNY ISLES BEACH Miami, FL 33261 | Schedule E/F | Unknown | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| CHANANYA TEITELBAUM 1450 44ST APT 3B Brooklyn, NY 11219 | Schedule E/F | Unknown | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| CHAOZHOU CHAOAN LONGHU SANTAI SHOES FAC DIANZHANGQIAN RD GUANGER VILLAGE LONGHU TOWN CHAOAN COUNTY CHAOZHOU CITY 515636 CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| CHAOZHOU CHAOAN PAN-THINK FOOTWEAR CO. EAST RODA LIER INDUSTRIAL ZONE CAITANG CHAOAN CHAOZHOU GUANGDONG CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| CHAOZHOU CITY, CHAOAN DADONG SHOES CO. LAOTESI INDUSTRIAL ZONE HUAMEI CHAO'AN DISTRICT CHAOZHOU CITY GUANGDONG PROVINCE CHINA | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| CHAOZHOU LUTESHENG SHOES CO., LTD LAOTESI INDUSTRIAL ZONE HUAMEI CHAO'AN DISTRICT CHAOZHOU CITY GUANGDONG PROVINCE CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| Chase Bank 350 Main Street Huntington, NY 11743 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| CHRISTIAN J WEAVER 1811 ROXBURY RD Columbus, OH 43212 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| Citibank, N.A.,<br>Its Branches, Subsidiaries &<br>Affiliates<br>388 Greenwich Street<br>22nd floor<br>New York, NY 10013 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| CITY LOGISTICS &<br>TRANSPORT INC<br>PO BOX 894833<br>Los Angeles, CA 90189 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| City National Bank<br>100 SE 2nd Street<br>Miami, FL 33131 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| CORY SARGEANT<br>435 W CHESTNUT AVE<br>Monrovia, CA 91016 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| DECESARE DOMENICO<br>VIA ALESSANDRO<br>VOLTAN N 8 80040<br>SAN SEBASTIANO AL<br>VESUVIO ITALY | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| DELIAN CALZATURE S.R.L. VIA BUGNANO KM 5 ORTA DI ATELLA CE ITALY 81030 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| DONGGUAN DONGYUAN TRADING CO., LTD 1501 ROOM, WEST TOWER NANCHENGMINGYUAN WEST HONGFU ROAD NANCHENG DISTRICT DONGGUAN CITY CHINA | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| DONGGUAN YOUCHANG COMMERCE AND TRADE CO LOCATED IN 5F MAYI FENGBAO HOUJIE DADAO DUNGGUAN CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| DONGGUAN ZE JI TRADING CO., LTD YUMA INDUSTRIAL PARK SHIMA INDUSTRIAL Z DAJING VILLAGE HOUDA ROAD NO #20 HOUJI DONGGUAN CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| Dongguan Zhaolong Shoes Technology Co. Room 101, No.2, No.4 Chunzhu Road Houj Dongguan City CHINA | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| D-YUAN SHOES CO., LIMITED NO.38 FUMIN RD CONGKOU VILLAGE HOUJIE TOWN DONGGUAN CITY GUANGDONG PROVINCE CHINA | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| E DATA TECHNOLOGIES 555 EIGHTH AVENUE SUITE 1002 New York, NY 10018 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| ELISIR S.R.L.<br>2 TRAY. VIA MAZZINI, 24<br>FRATTAMAGGIORE<br>80027<br>ITALY | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| ELIZABETH L<br>LITHILUXA<br>2663 SICHEL ST<br>Los Angeles, CA 90031 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| EMPLOYERS<br>ASSURANCE CO.<br>PO BOX 53092<br>Phoenix, AZ 85072-3092 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| FAST FLOW PLUMBING<br>LLC<br>8609 NW 193 TERRACE<br>Hialeah, FL 33015 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| FOZHOU DENGLONG<br>SHOES CO LTD<br>15 F INTENATIONAL<br>BUILDING WUSI RD<br>GOLU DISTRICT<br>FOZHOU FUJIA<br>FUJIA<br>CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

11

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| FPL<br>General Mail Facility<br>Miami, FL 33188 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| FRANCINE VEGA URBALEJO<br>5043 CIMARRON WAY<br>San Diego, CA 92154 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| FUZHOU HUAHONG PLASTIC PRODUCTS CO LTD<br>17/F BLDG2<br>UNISSCI-TECH PARK<br>NO. 30<br>WULONGJIANSOUTH AVE<br>SHANGJIE TOWN<br>FUZHOU 350109<br>CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| GABRIELLA GRASSO<br>7484 RIPETTA ST<br>Sarasota, FL 34240 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| GAIA SHOES SRL<br>VIA A. VOLTA, 142<br>SANT' ARPINO<br>81030 ITALY | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| GAP TRUCKING LLC<br>1134 CANYON VIEW DR<br>La Verne, CA 91750 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| GCS SOFTWARE LLC<br>266 WEST 37TH STREET<br>19TH FLOOR<br>New York, NY 10018 | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| GLOBAL PAYMENTS<br>10705 RED RUN BLVD<br>Owings Mills, MD 21117 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| GM FINANCIAL<br>PO BOX 78143<br>Phoenix, AZ 85062 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| GREAT FORTUNE SERVICES PVT. LIMITED FLAT B, 8/F WING CHEUNG INDUSTRIAL BUILD 109 HOW MING STREET KWUN TONG HONG KONG | Schedule E/F | Unknown | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| GREENWAY WORLDWIDE 714 WEST OLYMPIC BLVD., SUITE 720 Los Angeles, CA 90015 | Schedule E/F | Unknown | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| GUANGZHOU KA NAI ER IMPORT AND EXPORT TRADING CO. LTD RM 3602A.6/F NO.89 HUANSHIXI ROAD LIWAN DISTRICT GUANGZHOU CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| GUANGZHOU LAILI IMPORT AND EXPORT TRADE RM 3602A.6/F NO. 89 HUANSHIXI ROAD LIWAN DISTRICT GUANGZHOU CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim. The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| GUANGZHOU LANYAXUAN FOOTWEAR CO., LTD<br>3/F Chuangying Building No- 83 Road<br>Yuexi Street<br>Baiyun District<br>Guangzhou 510407<br>CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| HARBOR NATIONAL CONSTRUCTION<br>11 HILLCREST STREET<br>Huntington, NY 11743 | Schedule E/F | Uknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| Hardy Way, Inc.<br>1450 BROADWAY<br>3rd Floor<br>New York, NY 10018 | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| HUI DONG HUA XIANG HUA SHOES FACTORY<br>NO. 26 THREE JINHUA ROAD<br>JILONG TOWN<br>HUIDONG COUNTY<br>GUANGDONG PROVINCE<br>CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| I.T.P. HOLLAND B.V.<br>Nederhoven 19-21<br>1083 AM<br>AMSTERDAM<br>NETHERLANDS | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| ICON DE HOLDINGS, LLC<br>Ed Hardy<br>1450 Broadway, 3rd Floor<br>New York, NY 10018 | Schedule E/F | $52,000.00 | No Liability.<br><br>The validity and/or amount of the claim is not reflected in or is irreconcilable with the Debtor's books and records. |
| IMLVH LLC<br>8425 VERDOSA DRIVE<br>Whittier, CA 90605 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| IZZUZ Partners<br>6319 CHALET DR<br>Los Angeles, CA 90040 | Schedule E/F | $25,939.41 | No Liability.<br><br>The validity and/or amount of the claim is not reflected in or is irreconcilable with the Debtor's books and records. |
| JESSICA CRAFT<br>1017 N SPAULDING AVE<br>APT 5<br>Los Angeles, CA 90046 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| JOLENE JARVIS<br>163 SAGE BLVD<br>Middletown, PA 17057 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| JOSE CASTRO<br>150 NW 96 AVE<br>APT 9-303<br>Hollywood, FL 33024 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| JULIA GOLDBERG<br>601 N FEDERAL HWY<br>APT 349<br>Pompano Beach, FL 33062 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| JULIO BERRIOS<br>14935 NE 11TH COURT<br>Miami, FL 33161 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| KATHERINE MILLER<br>1419 GABRIELLA COURT<br>Upland, CA 91784 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| KEN SOLLIE<br>41108 OAK CREEK RD<br>Murrieta, CA 92562 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| KERRY SHIPPING<br>16/F Kerry Cargo Centre<br>55 Wing Kei Road Kwai Chung<br>Hong Kong | Schedule E/F | $28,831.94 | No Liability.<br><br>The validity and/or amount of the claim is not reflected in or is irreconcilable with the Debtor's books and records. |
| KRISTEN CONAHAN<br>4434 LOS FELIZ BLVD #201<br>Los Angeles, CA 90027 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| LANDSCAPE LIGHTING INSTALLATION SERVICES<br>4370 NW 192 ST<br>Opa Locke, FL 33055 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| Larry Ping<br>2535 MARICOPA STREET<br>Torrance, CA 90503 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| LIU FENG JUAN MING ZHU LI PIN BAO ZHUANG LIMITED GUANDONG CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| LONG TIME SAS Dl LANDOLFO SALVATORE VIA M.BUONARROTI 31 80028 GRUMO NEVANO Napoli Italy 80028 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| LOURLIN LARA 139 BORDER STREET UNIT 2C East Boston, MA 02128 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| MACAU H&L INTERNATIONAL LIMITED Room A, 15th Floor, 15 Soy St, Yau Tsim Mong, Kowloon, Hong Kong | Schedule E/F | $37,193.90 | No Liability.<br><br>The validity and/or amount of the claim is not reflected in or is irreconcilable with the Debtor's books and records. |
| MALLORY LISA 35 BROOKSIDE LOOP Staten Island, NY 10309 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| MARC BERNARD<br>14211 NE 18TH AVE<br>Miami, FL 33181 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| MARTINA T SAS<br>CORSO AMEDIO DI SAVOIA<br>210 NAPOLI<br>80136 ITALY | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| MDR FIRE, LLC<br>13606 CANTERBURY CASTLE DRIVE<br>Charlotte, NC 28273 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| MEIDAN KLEITMAN<br>201 EAST 86TH STREET 25C<br>New York, NY 10028 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| MELISSA BARBONE<br>2601 S EL CAMINO REAL #4<br>San Clemente, CA 92672 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| MERCURE ALLIANCE RM 303 3/F ST. GEORGE'S BLDG 2 ICE HSE STREET CENTRAL HONG KONG | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| METAL SUPERMARKET 471 WEST 28 STREET San Clemente, CA 92672 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| MI.TO86 SRLS VIA PIAZZA BERNINI SNC AVERSA CE 81031 ITALY | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| MIAMI MOLD SPECIALIST 11311 NW 7TH AVENUE Miami, FL 33168 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| MIAMI WINDOW TINTING 2940 SW 30TH AVE STE 6 Hallandale, FL 33009 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| MIAMI-DADE FIRE RESCUE DEPARTMENT FINANCE BUREAU 9300 NW 41ST STREET Miami, FL 33178 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| MORE POWER INDUSTRIAL SERVICE PO BOX 5203 Bellflower, CA 90707 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| MOTION CITY TRANSPORTATION, LLC PO BOX 1704 Los Angeles, CA 90001 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| NEW YORK ROAD RUNNERS, INC. 156 WEST 56TH STREET New York, NY 10019 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| NEX51,S.L. Cl ANTONIO MOYA ALBALADEJO 38 ALICANTE ELCHE 3204 SPAIN | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| NICHOLS FASHION & CONSULTING INC 8335 W SUNSET BLVD STE 200 West Hollywood, CA 90069 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| North Miami Beach Finance Dept. 17011 NE 19th Ave. Miami, FL 33162 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| NUOYA TRADING CO., LIMITED ROOM G22G BUILDING HUANGDAJI SHOES PLAZA JILONG TOWN HUIDONG CITY GUANGDONG CHINA | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| ORIENT OVERSEAS CONTAINER LINE 17777 CENTER COURT DR. NORTH SUITE 500 Cerritos, CA 90703 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

23

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| PENN FOREST PRODUCTS, INC 20940 S. Alameda St. Long Beach, CA 90810 | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| PRINCIPAL LIFE INS CO 711 High Street. Des Moines, IA 50331 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| QINGDAO BAIJIACHUANGQI TRADE CO.,LTD No. 34, Huang Jue Hong Cheng Zhong Road Fang Xiang Zhen Hanjiang District Yang YANGZHOU CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| RHM Family Partners 9317 NE 9th Ave. Miami, FL 33138 | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| S&O DEALS<br>950 EAST 14TH STREET #4-L<br>Brooklyn, NY 11230 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| SAL'S PROPANE<br>638 E Gage Ave<br>Los Angeles, CA 90001 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| SARAH KRETZU<br>613 VENEZIA AVENUE<br>Venice, CA 90291 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| SHAUN FLOYD<br>472 BEACON ST. NW<br>Concord, NC 28027 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| SINOTILL DONGGUAN EURO MOOD FURNITURE<br>RM 1007, 10/F<br>HOKING CENTER, NO.2-16<br>FA MONGKOK<br>HONG KONG | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| SOUTHERN DEVELOPMENT INVESTMENT COMPANY PO BOX 1103 Palos Verdes Peninsula, CA 90274 | Schedule E/F | $53,605.00 | Scheduled Disputed Claim.<br><br>The claim was scheduled as "disputed" and claimant failed to file a proof of claim by the General POC Bar Date. |
| SYMMETRIK INC. 1501 NE 1ST AVE Fort Lauderdale, FL 33304 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| TAYLORED FREIGHT SERVICES, LLC PO BOX 87618 Chicago, IL 60680-0618 | Schedule E/F | $0.00 | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| TBH Brand Holdings LLC DORSEY & WHITNEY LLP Samuel S. Kohn, Courina Yulisa 51 West 52nd Street New York, NY 10019 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| THE CUSTOM COMPANIES INC PO BOX 3270 Melrose Park, IL 60164 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| TONY MOBILE WELDING & FABRICATION 881 NW 34TH AVE Fort Lauderdale, FL 33311 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| TOTAL QUALITY LOGISTICS PO BOX 634558 Cincinnati, OH 45263 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| TRANSMODAL CORPORATION 48 SOUTH FRANKLIN TURNPIKE SUITE 202 Ramsey, NJ 07446 | Schedule E/F | $37,286.96 | Scheduled Disputed Claim.<br><br>The claim was scheduled as "disputed" and claimant failed to file a proof of claim by the General POC Bar Date. |
| U.S. FISH AND WILDLIFE SERVICE 1875 CENTURY BLVD SUITE 380 Atlanta, GA 30345 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| VALERIE METZ<br>3343 NEVADA AVENUE<br>Costa Mesa, CA 92626 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| VANESSA VANACORE<br>130 JEFFERSON STREET<br>Hoboken, NJ 07030 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| WEALTH BUSINESS TRADING LIMITED<br>DONG FENG TOWN<br>LANE INDUSTRIAL PARK<br>GUANGDONG PROVINCE<br>CHAOZHOU CITY<br>515634 CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| WINSTYLE INC.<br>3139 NANFENG ROAD<br>QINGCUN TOWN<br>FENGXIAN COUNTRY<br>CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| WOLVERINE ROOFING, LLC<br>1300 Old Dixie Highway<br>Suite 101<br>West Palm Beach, FL 33403 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| WORLDWIDE EXPRESS<br>P.O. BOX 733360<br>Dallas, TX 75373<br><br>WWEX Franchise Holdings LLC a/k/a Worldwide Express<br>2700 Commerce St., 15th Fl.<br>Dallas, TX 75226 | Claim No. 11 | $73,310.69 | No Liability.<br><br>The validity and/or amount of the claim is not reflected in or is irreconcilable with the Debtor's books and records. No support for claim provided. |
| XIAMEN JADESTONE TRADING CO<br>UNIT 803 NO. 2362<br>FANGSHONG ROAD<br>HULI XIAMEN<br>FUJIAN<br>CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| XIAMEN TENGFEI IMP. AND EXP. CO., LTD<br>12B-3, NO. 57<br>SOUTH HUBIN ROAD<br>SIMING DISTRICT<br>XIAMEN<br>CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| YUYUN QI<br>NUMBER 16<br>TIYU ROA<br>,HOUJIE TOWN<br>DONGGUAN CITY<br>CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6

| Claimant | Claim/Schedule | Amount | Objection |
|---|---|---|---|
| ZG DIRECT LTD.<br>UNIT A, 9TH FLOOR OF DEZE BUILDING NO 23 EAST OF HOUJIE AVE HOUJIE TOWN DONGGUAN CITY 523960 CHINA | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |
| ZHEJIANG ZHONGLONG IMPORT & EXPORT CO.,<br>THE 5TH FLOOR, AGRICULTURE BAMK MANSION WANSONG EAST ROAD, ZHEJIANG CHINA RUIAN CITY | Schedule E/F | $694,712.71 | No Liability.<br><br>The validity and/or amount of the claim is not reflected in or is irreconcilable with the Debtor's books and records. |
| ZOE BOONE<br>5130 KLUMP AVENUE Apt 615<br>North Hollywood, CA 91601 | Schedule E/F | Unknown | Scheduled Unliquidated Claim.<br><br>The claim was scheduled as "unliquidated" and/or in the amount of $0.00 and claimant failed to file a proof of claim by the General POC Bar Date. |

231877701 v6